S91O0498. SMITH v. HOLTON.
(402 SE2d 517)

BENHAM, Justice.

This is a petition for writ of mandamus filed as an original action in this court, and, under *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983), must be dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED FEBRUARY 21, 1991.

Allen D. Smith, *pro se.*
*Harry D. Dixon, Jr., District Attorney,* for appellee.